```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 09159
    WENDY MCARTHUR
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-2687


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 04/15/2008 and was confirmed 06/11/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 10/15/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                              PAID            PAID
--------------------------------------------------------------------------------
CITY OF CHICAGO WATER DE   SECURED             614.00           .00             .00
COOK COUNTY TREASURER      SECURED            5102.00           .00             .00
SELECT PORTFOLIO SERVICI   CURRENT MORTG         .00            .00             .00
SELECT PORTFOLIO SERVICI   MORTGAGE ARRE         .00            .00             .00
T-MOBILE                   UNSECURED        NOT FILED           .00             .00
CITY OF CHICAGO PARKING    UNSECURED           324.00           .00             .00
COMCAST                    UNSECURED        NOT FILED           .00             .00
COMCAST                    UNSECURED        NOT FILED           .00             .00
DEBT CREDIT SERVICES       UNSECURED        NOT FILED           .00             .00
ER SOLUTIONS INC           UNSECURED           468.99           .00             .00
FREEDMAN ANSELMO LINDBER   UNSECURED        NOT FILED           .00             .00
GC SERVICES DATA CONTROL   UNSECURED        NOT FILED           .00             .00
HSBC NV                    UNSECURED        NOT FILED           .00             .00
LOYOLA UNIVERSITY PHYSIC   UNSECURED        NOT FILED           .00             .00
ISLAND NATIONAL GROUP      UNSECURED        NOT FILED           .00             .00
MIDLAND CREDIT MANAGEMEN   UNSECURED        NOT FILED           .00             .00
NATIONAL ASSET RECOVERY    UNSECURED        NOT FILED           .00             .00
OMNI CREDIT SERVICES       UNSECURED        NOT FILED           .00             .00
PEOPLES GAS LIGHT & COKE   UNSECURED          1618.56           .00             .00
SPRINT PCS                 UNSECURED        NOT FILED           .00             .00
RMI/MCSI                   UNSECURED           250.00           .00             .00
TRIBUTE                    UNSECURED        NOT FILED           .00             .00
VANRU CREDIT CORP          UNSECURED        NOT FILED           .00             .00
B-REAL LLC                 UNSECURED           532.31           .00             .00
ROUNDUP FUNDING LLC        UNSECURED           427.94           .00             .00
ASSET ACCEPTANCE LLC       UNSECURED           203.75           .00             .00
SELECT PORTFOLIO           NOTICE ONLY      NOT FILED           .00             .00
ROBERT J SEMRAD & ASSOC    REIMBURSEMENT       331.50           .00           331.50
COMMONWEALTH EDISON        UNSECURED           324.64           .00             .00
PORTFOLIO RECOVERY         UNSECURED           315.23           .00             .00
PORTFOLIO RECOVERY         UNSECURED           523.19           .00             .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY       3,500.00                         524.10

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 09159 WENDY MCARTHUR
```

```
TOM VAUGHN              TRUSTEE                                         74.40
DEBTOR REFUND           REFUND                                            .00

      Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                        RECEIPTS          DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                    930.00

PRIORITY                                        331.50
SECURED                                            .00
UNSECURED                                          .00
ADMINISTRATIVE                                  524.10
TRUSTEE COMPENSATION                             74.40
DEBTOR REFUND                                      .00
                        ---------------   ---------------
TOTALS                     930.00                930.00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
   Dated: 01/27/09                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```